IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NISHA RAO,

        Plaintiff,                No. CIV S-08-1527 JAM DAD PS

    vs.

AMERISOURCEBERGEN CORP.,      ORDER SETTING STATUS
et al.,                                   (PRETRIAL SCHEDULING)
                                          CONFERENCE
        Defendants.

_____/

        This action was removed from the Sacramento County Superior Court on July 2, 2008.

        The parties are informed that United States Magistrate Judges in this district are available to conduct all proceedings in an action.  Thus, the parties in this case may, if all consent, proceed to trial, whether by jury or by the court without a jury, before the assigned United States Magistrate Judge while preserving the right to appeal directly to the Ninth Circuit Court of Appeals.  The Clerk of the Court has served the parties with an appropriate form for consenting to proceed before the assigned magistrate judge.  A party who chooses to consent may complete the form and return it to the Clerk at any time.  Neither the magistrate judge nor the district judge assigned to the case will be notified of the filing of a consent form by any party, unless all parties to the action have filed consent forms.

1

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **September 19, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Rule 4(m) of the Federal Rules of Civil Procedure provides that defendants shall be dismissed if service of process is not effected on them within 120 days from the date the complaint is filed.  <u>Plaintiff is advised that any defendant who is not served with process within that time will be subject to dismissal</u>.

3. Each party shall appear at the Status Conference by counsel or, if acting without counsel, on his or her own behalf.  A party may appear at the Status Conference either in person or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the Status (Pretrial Scheduling) Conference.

4. Plaintiff shall file and serve a status report on or before **September 5, 2008,** and defendant shall file and serve a status report on or before **September 12, 2008**.  Each status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

      h.      Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

      i.      Whether the case is related to any other case, including matters in bankruptcy;

      j.      Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

      k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

      l.      Any other matters that may aid in the just and expeditious disposition of this action.

5. Plaintiff is cautioned that failure to file a timely status report or failure to appear at the Status Conference may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 11-110, 83-183.

DATED: July 3, 2008.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\rao1527.ossc