IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NISHA RAO,

        Plaintiff,

    v.

AMERISOURCEBERGEN CORP., et al.,

        Defendants.
                                    /

No. CIV S-08-1527 JAM DAD PS

FINDINGS AND RECOMMENDATIONS

        This matter came before the court on September 19, 2008 for a Status (Pretrial Scheduling) Conference. Plaintiff Nisha Rao, proceeding pro se in this action, made no appearance. Adrianne B. Samms, Esq. appeared for defendant Amerisourcebergen Corporation.

        The docket reflects that plaintiff did not file a Status Report as required by the court's July 7, 2008 Order Setting Status (Pretrial Scheduling) Conference. Indeed, the docket reveals that plaintiff has not filed any document in this action since the case was removed from Sacramento County Superior Court on July 2, 2008. No document served on plaintiff by the court has been returned as undeliverable. Defendant's counsel stated on the record at the Status Conference that no document sent to plaintiff by defendant has been returned and that plaintiff has not responded to any of counsel's attempts to contact plaintiff.

/////

1

1      The court's July 7, 2008 order provides that "[e]ach party shall appear at the
2 Status Conference."  For the parties' convenience, the court granted leave to appear
3 telephonically by making arrangements no later than three days prior to the Status (Pretrial
4 Scheduling) Conference.  The order concluding with the following admonition:

> Plaintiff is cautioned that failure to file a timely status report or failure to appear at the Status Conference may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 11-110, 83-183.

8 (Order Setting Status (Pretrial Scheduling) Conference filed July 7, 2008, at 2.)

9      In light of plaintiff's failure to file a Status Report, failure to appear at the Status
10 (Pretrial Scheduling) Conference, and failure to take any steps to litigate her case, IT IS
11 RECOMMENDED that this action be dismissed without prejudice for failure to prosecute and
12 for failure to comply with court orders and applicable rules.

13      These findings and recommendations will be submitted to the United States
14 District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
15 fifteen (15) days after being served with these findings and recommendations, any party may file
16 written objections with the court.  A document containing objections should be titled "Objections
17 to Magistrate Judge's Findings and Recommendations."  Any reply to objections shall be filed
18 within ten (10) days after the objections are served.  The parties are advised that failure to file
19 objections within the specified time may, under certain circumstances, waive the right to appeal
20 the district court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 DATED: September 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\rao1527.dlop.f&r

2