IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NISHA RAO,

     Plaintiff,                    No. CIV S-08-1527 JAM DAD PS

     v.

AMERISOURCEBERGEN CORP.,
et al.,                             <u>ORDER</u>

     Defendants.
_____/

     Each party has filed a status report indicating that the party consents to proceed before the assigned Magistrate Judge. However, the docket does not reflect that either party has filed a consent form. Prompt filing of the form by each party will permit the court to issue the appropriate order prior to the Status (Pretrial Scheduling) Conference set for December 19, 2008.

IT IS ORDERED that the Clerk of the Court shall send each party, along with this order, a copy of the form "Consent to Proceed Before United States Magistrate Judge."

DATED: December 12, 2008.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\rao1527.ord.consentforms