IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NISHA RAO,

    Plaintiff,

    v.

AMERISOURCEBERGEN CORPORATION

    Defendant.

Civ. No. S-08-1527 JAM DAD

O R D E R

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

/////

1

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Dale A. Drozd, Magistrate Judge.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number Civ.S-08-1527 DAD.

Dated: December 18, 2008

                               /s/John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: December 18, 2008.

                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/rao1527.consent