IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NISHA RAO,

    Plaintiff,                                      No. CIV S-08-1527 DAD PS

    v.

AMERISOURCEBERGEN CORP.,

                                                  ORDER

    Defendant.

_____/

    Defendant's motion for summary judgment is submitted for decision. Due to the time required for ruling on the motion, the court finds good cause to vacate the dates set for filing pretrial statements, for pretrial conference, and for bench trial. IT IS ORDERED that:

    1. The pretrial conference set for **January 29, 2010,** is vacated;

    2. The bench trial set for **March 15, 2010,** is vacated; and

    3. New dates will be set, if appropriate, upon disposition of defendant's motion.

DATED: January 6, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.consent\rao1527.ord.vacdates